IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **METROPCS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-1946-L** |
| | § | |
| **KALEEM MOHAMMED a/k/a ABDUL** | § | |
| **MOHAMMED a/k/a ABDUL KALEEM** | § | |
| **MOHAMMED a/k/a KALEEM ABDUL** | § | |
| **MOHAMMED d/b/a A-1 WIRELESS;** | § | |
| **and AMER AHMED,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Motion for Default Final Judgment and Permanent Injunction (Doc. 24), filed October 14, 2016. On April 24, 2017, Magistrate Judge Renee Toliver entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") recommending that the court grant Plaintiff's motion and enter default judgment in favor of Plaintiff. No objections were filed to the report. Having reviewed the record in this case, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.[*] Accordingly, the court **grants** Plaintiff's Motion for Default Final Judgment and Permanent Injunction and will issue a Default Final Judgment and Permanent Injunction against all Defendants by separate document in accordance with Federal Rule of Civil Procedure 58.

**It is so ordered** this 14th day of June, 2017.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

---

[*] The court notes that footnotes 2 and 3 of the Report were inadvertently switched. As such, footnote 2 should contain "Loss" and the accompanying text, and footnote 3 should contain "Damages" and the accompanying text.

**Order – Solo Page**